JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANGEL GUADARDO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WORLD SAVINGS BANK, FSB, et al., <br><br> Defendants. | NO. CV 09-03322 SJO (PLAx) <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT** <br> [Docket No. 9] |

    This matter is before the Court on Defendants World Savings Bank, now known as Wachovia Mortgage, FSB and Golden West Savings Association Service Co.'s Motion to Dismiss Complaint, filed June 17, 2009. Plaintiffs Jose Angel Guadardo and Basilia Virginia Guadardo have failed to respond to the Motion as required by Local Rule 7-9. The Local Rules provide that "the failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denying of the motion." L.R. 7-12. Accordingly, Defendants' Motion to Dismiss Complaint is GRANTED. The Complaint is hereby DISMISSED.

    IT IS SO ORDERED.

Dated: July 9, 2009

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE